No. 87–5772. LEWIS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari before judgment denied.

No. 87–5904. TRAPANI *v.* CBS RECORDS, INC., ET AL. C. A. 6th Cir. Certiorari before judgment denied.